United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>MALINKA MOYE,<br><br>        Plaintiff.<br>_____/ | No. C-14-2533 EMC (pr)<br>No. C-14-2534 EMC (pr)<br>No. C-14-2535 EMC (pr)<br>No. C-14-2536 EMC (pr)<br>No. C-14-2537 EMC (pr)<br>No. C-14-2786 EMC (pr)<br>No. C-14-2787 EMC (pr)<br>No. C-14-2788 EMC (pr)<br>No. C-14-2790 EMC (pr)<br>No. C-14-2791 EMC (pr)<br>No. C-14-2792 EMC (pr)<br>No. C-14-2793 EMC (pr)<br>No. C-14-2794 EMC (pr)<br>No. C-14-2859 EMC (pr)<br>No. C-14-2877 EMC (pr)<br>No. C-14-2878 EMC (pr)<br>No. C-14-3235 EMC (pr)<br><br>**ORDER REVOKING PAUPER STATUS FOR APPEALS** |

The Ninth Circuit has requested this Court in at least one of these many actions from Plaintiff to determine whether *in forma pauperis* status should continue for Plaintiff on appeal or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies that the appeals are not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in these action.

    IT IS SO ORDERED.

Dated: November 14, 2014

                                                               _____<br>
                                                               EDWARD M. CHEN<br>
                                                               United States District Judge